IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRUCE BARBER                                                                                        PLAINTIFF

    v.                                        CIVIL NO. 13-2073

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                          DEFENDANT

**O R D E R**

On March 13, 2013, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis.* ECF Nos. 1, 2. Subsequently, an order was issued directing Plaintiff to provide more specific information regarding his sources of income. ECF No. 5. Pursuant to the order, Plaintiff submitted an amended *in forma pauperis* application on March 27, 2013. ECF No. 7. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Carolyn W. Colvin, Acting Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 27th day of March 2013.

                                                          /S/ *J. Marschewski*
                                                    HONORABLE JAMES R. MARSCHEWSKI
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE